No. 17–0265/CG. U.S. v. Colby C. Bailey. CCA 1428. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 23, 2017.

Tuesday, March 7, 2017

No. 17–0278/AR. Ronald E.V. Layton, Appellant, v. United States, Appellee. CCA 20160756. Notice is hereby given that a writ-appeal petition of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(b).

No. 17–0272/AF. U.S. v. Sean J. Chero. CCA 38470. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 27, 2017.

Wednesday, March 8, 2017

No. 17–0226/AF. U.S. v. Dorian K. Owens. CCA 38834. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue: